PROB 12B
(7/93)

Report Date: September 2, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 8 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Merwyn W. Crutcher, Sr.            Case Number: 2:10CR02128-001 FVS

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 8/11/2011                 Type of Supervision: Supervised release

Original Offense: Crime on Indian Reservation - Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 1153 and 113(a)(6)

Date Supervision Commences: 9/15/2011

Original Sentence: Prison - 366 Days; TSR - 36 Months

Date Supervision Expires: 9/14/2014

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

The defendant is currently in custody serving the original sentence imposed by the Court with a projected release date of September 15, 2011. The defendant had hoped to return to Nevada. The U.S. Probation Office in the District of Nevada denied the defendant's release plan, as he has no residence. The defendant reports he has no other release options and is indigent. He is desirable of a public law placement at the Residential Reentry Center in Spokane for 90 days. This placement will provide the defendant an opportunity to find employment and accumulate funds to establish himself in the community. The defendant has agreed to this modification and has signed a waiver to that effect, which is enclosed.

The government was contacted and had no objections to the requested modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    9-2-2011

Kevin J. Crawford
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

September 8, 2011
Date