PROB 12B
(7/93)

Report Date:  December 6, 2011

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Merwyn W. Crutcher          Case Number: 2:10CR02128-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  8/11/2011          Type of Supervision:  Supervised Release

Original Offense: Crime on Indian Reservation -          Date Supervision Commenced:  9/15/2011
Assault Resulting in Serious Bodily Injury, 18 U.S.C.
§§ 1153 and 113(a)(6)

Original Sentence: Prison - 366 Days; TSR - 36          Date Supervision Expires:  9/14/2014
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18      You shall reside in a residential reentry center (RRC) for a period of up to 90 days.  You shall abide by the
        rules and requirements of the facility and shall participate in programs offered by the facility at the direction
        of the supervising officer.

### CAUSE

Mr. Crutcher began his term of supervised release on September 15, 2011.  On that same date he also began his
residential reentry center (RRC) placement.  Since that time, Mr. Crutcher was denied relocation to the District of
South Dakota and has been unable to obtain employment or a release address to the community.  Therefore, Mr.
Crutcher has requested an additional 90 days placement at the RRC.

Mr. Crutcher has voluntarily signed the attached waiver of hearing after being advised of his right to assistance of
counsel and a hearing before Your Honor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      12/06/2011

s/Samuel Najera

Sam Najera
U.S. Probation Officer

Prob 12B
**Re:  Crutcher, Merwyn W.**
**December 6, 2011**
**Page 2**

THE COURT ORDERS

[   ]     No Action
[ x ]     The Extension of Supervision as Noted Above
[ x ]     The Modification of Conditions as Noted Above
[   ]     Other

s/ Fred Van Sickle
_____
Signature of Judicial Officer

12/06/11
_____
Date