# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

January 5, 2012

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Spokane

The Honorable Fred Van Sickle
Senior U.S. District Judge
Thomas S. Foley U.S. Courthouse
920 West Riverside
Spokane, WA 99210

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 05 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

RE: Crutcher, Merwyn W.
Docket No.: 2:10CR02128-001
**Request for Early Release from Residential Reentry Center**

Dear Judge Van Sickle:

Mr. Crutcher began his term of supervised release on September 15, 2011. On that same date, he also began his residential reentry center (RRC) placement. Since that time, Mr. Crutcher was denied relocation to the District of South Dakota and was unable to obtain employment or a release address to the community. Therefore, Mr. Crutcher requested an additional 90 days placement at the RRC.

Mr. Crutcher's conditions of supervision were amended on December 6, 2011, allowing him to remain at the RRC for up to 90 days in order to assist him with securing an approved release plan. Mr. Crutcher has submitted a release address (Pratt Oxford House in Spokane, Washington) to the U.S. Probation Office. His acceptance in this clean and sober living environment has been verified by this officer. Therefore, it is requested that Mr. Crutcher be allowed to release from the RRC.

Sincerely,

s/M. D. Elvin_____
M.D. Elvin
Deputy Chief U.S. Probation Officer

ME:mo

Re: Crutcher, Merwyn W.
January 5, 2012
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

_____
Date