PROB 12C  
(7/93)

Report Date: June 10, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Merwyn W. Crutcher, Sr.   Case Number: 2:10CR02128-FVS-1

Address of Offender: ███████████████ , Spokane, Washington 99202-5231

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 11, 2011

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 1153 & 113(a)(6) |
| Original Sentence: | Prison 366 days; TSR - 36 months |

| | | | |
|---|---|---|---|
| | | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | September 15, 2011 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | September 14, 2014 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1            **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

            **Supporting Evidence**: Mr. Crutcher failed to report to the U.S. Probation Office within the first 5 days of May and June 2014, to submit a complete written report.  Mr. Crutcher has not reported to the U.S. Probation Office since March 24, 2014.

2            **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

            **Supporting Evidence**: Mr. Crutcher failed to report a change of residence at least 10 days in advance of moving.

            On May 29, 2014, the undersigned officer attempted to make contact with Mr. Crutcher at his residence of record.  The undersigned spoke with members of the Oxford House, who indicated that Mr. Crutcher moved out and did not leave a forwarding address.  The undersigned was provided with a contact number for Mr. Crutcher; however, the number

Prob12C
**Re: Crutcher, Merwyn W.**
**June 10, 2014**
**Page 2**

given was Mr. Crutcher's reported contact phone number.  Numerous attempts have been made to contact Mr. Crutcher, with negative results.  Mr. Crutcher's current whereabouts are unknown to the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Patrick J. Dennis

06/10/2014

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Fred Van Sickle

Signature of Judicial Officer

June 11, 2014

Date